Carol Jean BROOKS; Appellant,

v.

HOWMEDIA, INC., a Delaware corp., et al, Appellees.

No. 00–1188.

United States Court of Appeals, Eighth Circuit.

Feb. 22, 2001.

Appellees' petition for rehearing with suggestion for rehearing en banc has been considered by the court and is granted. The opinion and judgment of this court filed on January 10, 2001 are vacated. The clerk will notify the parties of the time and place of oral argument at a later date.